AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| United States of America | |
|---|---|
| v. | Case No. 2:21-mj-04154-duty |
| ISAIAH DEANDRE MANNING, | |
| Defendant | |

LODGED
CLERK, U.S. DISTRICT COURT
9/7/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: jb   DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
9/07/21
CENTRAL DISTRICT OF CALIFORNIA
BY: eb   DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 16, 2021, and August 23, 2021 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with Commerce by Robbery |
| 18 U.S.C. § 924(c) (1) (A) (ii) | Brandishing a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:

*Please see attached affidavit.*   ☒ Continued on the attached sheet.

Stephen J. May /s/
*Complainant's signature*

Stephen J. May, Special Agent - FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 9/07/21

*Judge's signature*

City and state: Los Angeles, California   Hon. Margo A. Rocconi, U.S. Magistrate Judge
*Printed name and title*

AUSA: Jeff Chemerinsky (x6520)

**AFFIDAVIT**

I, STEPHEN J. MAY, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for ISAIAH DEANDRE MANNING ("MANNING") for violations of 18 U.S.C. § 1951(a) (Interference with Commerce by Robbery) and § 924(c)(1)(A)(ii) (Brandishing a Firearm in Furtherance of a Crime of Violence). MANNING is currently in custody at the Los Angeles County Jail.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed for the past 22 years. From September 1999 through December 2003, I primarily worked as a Bank Robbery Investigator in the San Francisco Division of the FBI. From December 2003 to the present, I have worked as a Bank Robbery Investigator in the Los Angeles

Division of the FBI.  And since May 2005, I have also been the Bank Robbery Coordinator in the Los Angeles Division of the FBI.

4.   As a Bank Robbery Investigator and Bank Robbery Coordinator, I investigate bank robbery cases assigned to me and review, analyze, and disseminate investigative data (including bank surveillance photographs) on nearly all bank robberies that occur in the Central District of California.  Since May 2005, there have been more than 3,500 bank robberies in the Central District of California.

5.   Since October 2013, I have also been the lead FBI Agent for the San Gabriel Valley Violent Crime Task Force, which works in conjunction with Task Force Officers from the Los Angeles County Sheriff's Department to investigate commercial and retail robberies.

6.   In connection with the bank robbery and commercial/retail robbery investigations in which I have participated, I have used a variety of investigative techniques, including witness interviews, speaking with law enforcement agents and officers, reviewing surveillance images and cellular telephone data, and reviewing physical evidence.  As a result of this experience and my conversations with other law enforcement personnel, including FBI Special Agents and local law enforcement detectives who are experienced with commercial robbery investigations, I am familiar with the methods used by individuals to commit commercial robberies as well as effective investigative methods used to solve them.

### III. SUMMARY OF PROBABLE CAUSE

4. The Los Angeles County Sheriff's Department ("LASD"), the FBI, and other law enforcement agencies, are investigating a series of robberies, consisting of approximately 23 commercial/retail robberies in the Central District of California between August 12, 2021 and August 24, 2021. Based on information set forth below, law enforcement has identified MANNING as the suspected robber.

### IV. STATEMENT OF PROBABLE CAUSE

**A. The August 16, 2021 7-Eleven Downey Robbery and Identification of the Suspect Vehicle Tied to MANNING**

  1. <u>The August 16, 2021 7-Eleven Downey Robbery</u>

5. On August 16, 2021, the 7-Eleven, located at 7400 Stewart & Gray Road, Downey, California, was robbed at approximately 3:07 a.m. Based on my review of the Downey Police Department report, I am aware of the following:

   a. The victim employee, S.P., was working behind the counter when S.P. saw the robber enter the store. The robber was a black male wearing a gray shirt or hoodie and dark pants. According to S.P., the robber was approximately 30 years old. The robber walked behind the counter and without warning racked the slide of a black handgun. The robber was holding the firearm and S.P. was scared for S.P.'s safety. The robber demanded S.P. to open the cash register. S.P. told the robber that S.P. could not open the register and began to tap on the screen to prove it. The robber became frustrated and demanded S.P. open the other cash register. S.P. walked over to the

3

second cash register and proceeded to do the exact same as he did on the first register.

   b. The robber demanded S.P. to empty out S.P.'s pocket. When S.P. did not empty out S.P.'s pockets quick enough, the robber walked behind S.P. and reached into both back pockets. The robber took approximately twelve dollars and a medical card. The robber then left, running out the door.

   c. Witness R.M. told the Downey Police Department that R.M. was stopped at the light facing southbound on Old River School Road when R.M. saw a male wearing a gray hoodie running out of 7-Eleven. R.M. then saw the male enter a silver Ford Mustang from the passenger side. R.M. was able to get the last three digits of the license plate, which were "525." R.M. described the driver as a Hispanic Male.

  2. <u>The Suspect Vehicle (the Ford Mustang) Is Linked to MANNING</u>

  6. Through department resources, LASD Detective Mark Yzabal identified a silver Ford mustang California license plate #7AWB525. Notably, this vehicle was captured on an Automated License Plate Reader driving eastbound on Florence Ave, in the area of 7346 Florence Ave, Downey, California, at 3:03 a.m., on August 16, 2021, which is just minutes before the 7-Eleven Downey robbery described above, which occurred on August 16, 2021, at 3:07 a.m., at the 7-Eleven located at 7400 Stewart & Gray Road, Downey, California. The distance between the two locations is approximately 1.6 miles.

4

a. On August 22, 2021, at 11:51 p.m., this same silver Ford Mustang (license plate #7AWB525) was captured on Automated License Plate Reader driving westbound on Florence at the intersection of Lesterford Avenue in Downey. That same night, on August 23, 2021, at 12:06 a.m., there was an armed robbery, matching the modus operandi of the other robberies, at 7371 Florence Ave, Downey. The distance between the Automated License Plate Reader and the robbery location is approximately 2.6 miles.

b. A record check of the license plate showed it was registered to a male by the name of Davon A. Taylor of 23818 Hemlock Ave., Moreno Valley, California, as of July 7, 2021.

3. August 19, 2021 Arrest of MANNING while driving the Ford Mustang and Recovery of a Ghost Gun

7. Based on my review of a Long Beach Police Department report, I learned the following:

a. On August 19, 2021, while driving the silver Ford Mustang described above (license plate 7AWB525), MANNING was arrested by the Long Beach Police Department for felon in possession of a firearm.

b. Long Beach Police Department Officers Estrada and Manis were working and initiated a traffic enforcement stop on a gray Ford Mustang, California license plate 7AWB525. The driver of the vehicle was MANNING.

c. Officers Estrada and Manis asked MANNING if there were any weapons inside of the vehicle, which MANNING denied and provided verbal consent to search the vehicle. While searching

5

the vehicle, Officer Manis observed the butt of a firearm beneath the front passenger seat.  Officer Manis recovered the firearm and rendered it safe.  Upon inspection, the officers determined that the firearm was loaded with a total of nine 9mm cartridges inside of the magazine.  The firearm was an unserialized Polymer80 (a ghost gun).

8.   Shortly thereafter MANNING was released from state custody.

B.   **MANNING Identified as the Robber in August 22, 2021 Robbery in La Palma**

9.   On August 22, 2021, the suspect entered a donut shop at 5454 Orangethorpe Avenue, La Palma, California, at 10:35 p.m., just prior to committing the robbery.  While inside the donut store, the suspect pulled down his face mask and looked toward the surveillance camera before he exited.  Shortly after that, at 11:08 p.m., this same suspect walked into the 7-Eleven at 5432 Orangethorpe Avenue, La Palma, California, and pointed a handgun at the clerk demanding money.  The clerk fainted and the suspect pointed the gun at a customer demanding his wallet.  The suspect looked through the customer's wallet then threw it to the floor and fled the scene in a silver Ford Mustang.

10.   Detective Yzabal informed detectives at the Downey Police Department regarding the above surveillance video recovered from the donut shop prior to the August 22, 2021 robbery.  The Downey Police Department used a facial recognition program to identify the suspect.  Based on the facial

recognition program, the image of the suspect in the donut shop just before the robbery matched MANNING.

      **C.    The August 23, 2021 7-Eleven Downey Robbery, which MANNING Subsequently Admitted to Committing**

    11.    On August 23, 2021, a 7-Eleven store, located at 7371 Florence Avenue, Downey, California, was robbed at approximately 12:06 a.m.  Based on my review of the Downey Police Department report, I am aware of the following:

        a.    The robber entered the store and immediately went directly behind the counter where victim store employee "V" was standing.  The robber took out a black semi-automatic handgun from his waistband band and pointed it at V.  The robber said, "Give me the money!"  The robber was kicking his leg out in the direction he wanted V to move to.  V was in fear for his life because V had a gun pointed at V.

        b.    V went over to both cash registers and opened both cash registers.  The robber took both registers and dropped them on the floor.  The robber took money out of the first register.  The robber put the cash in his pants pockets.  After taking the cash, the robber ran back around the counter and out the front door.

        c.    The robber took approximately $200 in cash.

        d.    The robber was described as a black male, approximately 5'09" with a thin build.  The robber was wearing a gray hooded sweatshirt with a hoodie over his head, blue mask over his face, and black jeans.

12. As described below, during his post-arrest interview on August 26, 2021, MANNING identified himself as the robber in the flyer from this robbery.

**D.   Involvement in Other Robberies Under Investigation**

13. Law enforcement believes MANNING to be the robber of each of the following twenty-three (23) robberies, which have a similar or identical modus operandi, clothing, similar vehicle, and/or consistent appearance of the suspect:

a.   **August 12, 2021**, 4:33 a.m., AM/PM, 4385 Atlantic Avenue, Long Beach, California;

b.   **August 12, 2021**, 5:17 a.m., AM/PM, 2601 Santa Fe Avenue, Long Beach, California;

c.   **August 14, 2021**, 9:00 p.m., 7-Eleven, 6598 Atlantic Avenue, Long Beach, California;

d.   **August 14, 2021**, 9:23 p.m., 7-Eleven, 5800 S. Atlantic Avenue, Maywood, California;

e.   **August 16, 2021,** 11:22 p.m., 7-Eleven, 1548 Adams Avenue, Costa Mesa, California;

f.   **August 16, 2021,** 11:57 p.m., 7-Eleven, 17937 MacArthur Boulevard, Irvine, California;

g.   **August 16, 2021**, 3:07 a.m., 7-Eleven, 7400 Stewart & Gray Road, Downey, California;

h.   **August 17, 2021**, 12:15 a.m., 7-Eleven, 1785 Palo Verde Avenue, Long Beach, California;

i.   **August 17, 2021**, 2:55 a.m., AM/PM, 3401 Long Beach Boulevard, Long Beach, California;

j.   **August 17, 2021**, 3:09 a.m., 7-Eleven, 4550 Orange

8

Avenue, Long Beach, California;

   k. **August 18, 2021**, 11:26 p.m., 7-Eleven, 6598 Cherry Avenue, Long Beach, California;

   l. **August 18, 2021**, 11:40 p.m., 7-Eleven, 5731 Firestone Boulevard, South Gate, California;

   m. **August 22, 2021**, 11:03 p.m., 7-Eleven, 6992 Noritsu Avenue, Buena Park, California;

   n. **August 22, 2021**, 11:08 p.m., 7-Eleven, 5432 Orangethorpe Avenue, La Palma, California;

   o. **August 22, 2021,** 11:34 p.m., ARCO, 8505 S. Pioneer Boulevard, Whittier, California;

   p. **August 23, 2021**, 12:06 a.m., 7-Eleven, 7371 Florence Avenue, Downey, California;

   q. **August 23, 2021**, 12:30 a.m., 7-Eleven, 1562 S. Long Beach Boulevard, Compton, California;

   r. **August 23, 2021**, 7:45 p.m., Arco, 2011 Del Amo Boulevard, Lakewood, California;

   s. **August 23, 2021**, 9:00 p.m., 7-Eleven, 15105 Lakewood Boulevard, Paramount, California;

   t. **August 23, 2021**, 9:02 p.m., 7-Eleven, 14160 Paramount Boulevard, Paramount, California;

   u. **August 23, 2021**, 9:35 p.m., Mobil Gas Station, 11405 Florence Avenue, Santa Fe Springs, California;

   v. **August 24, 2021**, 4:20 a.m., 7-Eleven, 5498 ½ W. Centinela Avenue, Los Angeles, California; and

   w. **August 24, 2021**, 11:35 a.m., Mobil Gas Station, 11009 Rosecrans Avenue, Norwalk, California.

14. MANNING is believed to be the robber in each robbery. The robberies were similar in nature, with some slight variations: Based on the description of the robber (Male adult, dressed in a manner that partially hid his facial features while wearing a gray hooded sweater, black Nike shoes, and face mask); the modus operandi of the robberies, which involved a handgun; approaching the cash register attendant and demanding the money; robbing 7-Eleven convenience stores and gas stations; the time of the robberies (occurring at 7:00 p.m. or after midnight); a getaway driver was used on several occasions; and a silver or gray Ford Mustang was used as the getaway vehicle in some of the robberies.

**E. MANNING is arrested for Robbery, a Further Firearm Is Recovered and MANNING Admits His Role in Several of the Robberies Under Investigation**

1. Arrest of Manning and Recovery of Additional Firearm

15. On August 25, 2021, the Honorable Judge Margaret Bernal signed and approved a Ramey Arrest Warrant for MANNING.

16. I reviewed the Long Beach Police Department report and learned the following:

a. On August 26, 2021, at 5:23 p.m., Long Beach Police Department Officer Estrada was working in a marked black and white police vehicle. Officer Estrada and his partner were in the area of 31st Street and Santa Fe Avenue when their attention was drawn to a dark gray Ford Mustang (CA License #7AWB525). Using departmental resources, they determined that the car returned as a felony armed and dangerous vehicle.

Further, the officers recognized this car from a previous traffic enforcement stop where a firearm was recovered from a subject on probation, later identified as MANNING.

      b.   The two officers conducted a traffic enforcement stop on Baltic Avenue and 31st Street. After the car yielded, officers established an emergency action/arrest team and ordered the driver to exit the vehicle. MANNING was wearing a gray shoulder bag when he exited the vehicle.

      c.   As officers took MANNING into custody, LBPD Officer Urrieta removed MANNING's shoulder bag and gave it to Detective Hearst. LBPD Officer Lizardo searched the contents of the bag incident to arrest and located a black Walther PPX 9mm handgun (serial #FBB4804). The firearm contained a loaded magazine with no rounds in the chamber.

    2.   <u>MANNING Admits His Involvement in Several of the Robberies under Investigation</u>

17. On August 26, 2021, Los Angeles County Sheriff's Department Task Force Officers Mark Yzabal and Dennis Salcedo interviewed MANNING. After being advised of and waiving his <u>Miranda</u>' rights, MANNING provided the following information:

      a.   MANNING was shown some of the law enforcement wanted flyers of the twenty-three suspected robberies. Upon viewing the wanted flyers, MANNING indicated that MANNING was the person in the surveillance images (on the wanted flyers) for the following robberies:

11

     i. **August 12, 2021** robbery of an AM/PM located at 4385 Atlantic Avenue, Long Beach, California - Long Beach Police Department Wanted Flyer (#2021-171u1);

     ii. **August 17, 2021** robbery of an AM/PM located at 3401 Long Beach Boulevard, Long Beach California - Long Beach Police Department Wanted Flyer (#2021-171u1);

     iii. **August 18, 2021** robbery of an AM/PM located at 5731 Firestone Boulevard, South Gate, California - South Gate Police Department Wanted Flyer (21-07238);

     iv. **August 23, 2021** robbery of a 7-Eleven located at 7371 Florence Avenue, Downey, California - Downey Police Department Wanted Flyer (21-36016); and

     v. **August 23, 2021** robbery of a Mobil Gas station located at 11405 Florence Avenue, Santa Fe Springs, California - Whittier Police Department Wanted Flyer (21-902418).

  18. MANNING admitted to being arrested with one handgun on August 19, 2021, by the Long Beach Police Department. Detective Yzabal asked MANNING about the handgun MANNING was arrested with on August 26, 2021. MANNING responded that he had just picked it up and that it was a new one. Detective Yzabal asked MANNING about an additional revolver handgun (which was suspected of being used in the final robberies under investigation). MANNING responded that he got rid of that gun.

**F.   MANNING's Jail Calls, Search Warrant of Vehicle, and Recovery of Third Firearm**

19.   On August 27, 2021, Detective Salcedo listened to calls made by MANNING via the Inmate Telephone Monitoring System.  At approximately 10:52 p.m., MANNING made a call to (562) 200-3091.  During the call, the unknown male asked MANNING if he was caught with the "Thing."  The unknown male also asked MANNING about the "Other one."  MANNING said, "It's in the Benz."

   a.   Detective Yzabal was aware MANNING was arrested in a Mercedes Benz, CA license plate #5HBE894, on August 12, 2021.  MANNING was arrested for violation of a court order, 166(C)(1) PC by Carson Sheriff's Station deputies.

   b.   On August 27, 2021, Detective Balderrama located the Mercedes at 2132 W. Spring St., Long Beach, California, and stored it as evidence at "Pepes Tow" located at 220 Broad Ave. Wilmington, California.

   c.   Detective Yzabal authored a search warrant for the Mercedes, California license #5HBE894.  On August 30, 2021, the Honorable Judge Margaret M. Bernal of the Norwalk superior courthouse, signed and approved the search warrant.

   d.   On August 30, 2021, Detective Yzabal served the search warrant on the Mercedes, California license plate #5HBE894.  Detective Yzabal located a revolver handgun in the trunk.  In Detective Yzabal's opinion, the revolver is similar to the revolver used during the August 24, 2021 Mobil Gas Station Norwalk robbery.

13

20. Based on my review of MANNING's criminal history, I learned the following:

   a. On April 27, 2017, MANNING was convicted of violation of California Penal Code 245(A)(4) (assault likely to produce great bodily injury) and sentenced to two years in prison.

   b. On January 13, 2020, MANNING was convicted of California Penal Code 211 (Robbery – 1st Degree) and sentenced to formal probation of three years and 365 days in the Los Angeles County Jail.

### G.  7-Eleven Store Sells Goods in and Affecting Interstate Commerce

21. The 7-Eleven store is a business that engages in interstate commerce. I reviewed the company's website and can attest:

   a. "What started in an icehouse in Dallas, Texas, back in 1927 has evolved into the world's largest retailer. Today, 7-Eleven operates, franchises and licenses close to 10,000 locations in the U.S. and Canada and more than 71,100 stores in 17 countries around the world."

### V.  CONCLUSION

22. For all the reasons described above, there is probable cause to believe that MANNING has committed violations of 18 U.S.C. § 1951(a) (Interference with Commerce by Robbery) and § 924(c)(1)(A)(ii) (Brandishing a Firearm in Furtherance of a Crime of Violence)  for his involvement in the 7-Eleven Downey,

California robberies on August 16, 2021 and August 23, 2021, as described above.

<u>Stephen J. May /s/</u>
SA Stephen J. May
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this <u>7th</u> day of September 2021.

_____
UNITED STATES MAGISTRATE JUDGE

15